COOPER, WHITE & COOPER LLP
CHRISTOPHER J. MEAD (SBN 115091)
  cmead@cwclaw.com
SCOTT M. McLEOD (SBN 242035)
  smcleod@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:    (415) 433-1900
Facsimile:    (415) 433-5530

Attorneys for Defendants HIGH TECH HIGH,
HIGH TECH HIGH BAYSHORE,
HIGH TECH HIGH COMMUNITIES,
HIGH TECH HIGH FOUNDATION,
HIGH TECH HIGH PROPERTY HOLDINGS
and JOE FELDMAN

**FILED**

AUG 07 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIA AMADOR,<br><br>             Plaintiff,<br><br>vs.<br><br>HIGH TECH HIGH, INC., a California corporation, HIGH TECH HIGH BAYSHORE, INC., a California corporation, HIGH TECH HIGH COMMUNITIES, INC., a California corporation, HIGH TECH HIGH FOUNDATION, INC., a California corporation, HIGH TECH HIGH PROPERTY HOLDINGS, INC., a California corporation, JOE FELDMAN, as an individual and in his capacity as Director of High Tech High Bayshore, Inc., and DOES 1 through 50 inclusive<br><br>             Defendant. | CASE NO. C-07-1366 WHA<br><br>[~~PROPOSED~~] ORDER EXCUSING PERSONAL ATTENDANCE OF DEFENDANTS' INSURER REPRESENTATIVE AT MEDIATION |

    Defendants High Tech High, Inc., a California corporation, High Tech High Bayshore, Inc., a California corporation, High Tech High Communities, Inc., a California corporation, High Tech High Foundation, Inc., a California corporation, High Tech High Property Holdings, Inc., a California corporation, and Joe Feldman requested that their insurer representative be excused from personal attendance in the Mediation session for the above-captioned matter scheduled for

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

580928.1                                               1                                         C-07-1366 WHA
[PROPOSED] ORDER EXCUSING PERSONAL ATTENDANCE OF DEFENDANTS' INSURER
REPRESENTATIVE AT MEDIATION

1  August 21, 2007.

2  Good cause appearing, IT IS HEREBY ORDERED THAT defendants' insurer
3  representative is excused from personal attendance at the Mediation and is permitted to participate
4  by telephone.

5  DATED: August 7, 2007

_____
United States Magistrate Judge Wayne D. Brazil

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

580928.1                    2                              C-07-1366 WHA
[PROPOSED] ORDER EXCUSING PERSONAL ATTENDANCE OF DEFENDANTS' INSURER
REPRESENTATIVE AT MEDIATION