COOPER, WHITE & COOPER LLP
CHRISTOPHER J. MEAD (SBN 115091)
  cmead@cwclaw.com
SCOTT M. McLEOD (SBN 242035)
  smcleod@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:  (415) 433-1900
Facsimile:  (415) 433-5530

Attorneys for Defendants HIGH TECH HIGH,
HIGH TECH HIGH BAYSHORE,
HIGH TECH HIGH COMMUNITIES,
HIGH TECH HIGH FOUNDATION,
HIGH TECH HIGH PROPERTY HOLDINGS
and JOE FELDMAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIA AMADOR,<br><br>            Plaintiff,<br><br>      vs.<br><br>HIGH TECH HIGH, INC., a California corporation, HIGH TECH HIGH BAYSHORE, INC., a California corporation, HIGH TECH HIGH COMMUNITIES, INC., a California corporation, HIGH TECH HIGH FOUNDATION, INC., a California corporation, HIGH TECH HIGH PROPERTY HOLDINGS, INC., a California corporation, JOE FELDMAN, as an individual and in his capacity as Director of High Tech High Bayshore, Inc., and DOES 1 through 50 inclusive<br><br>            Defendant. | CASE NO. C-07-1366 WHA<br><br>**STIPULATION OF DISMISSAL** |

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

589336.1

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3  pursuant to FRCP 41(a)(1).

6  DATED: October 17, 2007          COOPER, WHITE & COOPER LLP

8  By: /s/ Scott M. McLeod
   Scott M. McLeod
9  Attorneys for Defendants HIGH TECH HIGH,
   HIGH TECH HIGH BAYSHORE, HIGH
10 TECH HIGH COMMUNITIES, HIGH TECH
   HIGH FOUNDATION, HIGH TECH HIGH
11 PROPERTY HOLDINGS and JOE
   FELDMAN

14 DATED: October 18, 2007          BRADSHAW & ASSOCIATES

16 By: /s/
17 Michael Bracamontes
   Attorneys for Plaintiff Tia Amador

21 Date: October 22, 2007.

    IT IS SO ORDERED
    /s/ William Alsup
    Judge William Alsup

22 WILLIAM ALSUP
   UNITED STATES DISTRICT JUDGE

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

589336.1

STIPULATION OF DISMISSAL                          1                          C-07-1366 WHA

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Drexel A. Bradshaw (209584)<br>Bradshaw & Associates, P.C.<br>575 Market Street, Twenty-second Floor<br>San Francisco, CA 94105 | (415) 433-4800<br>FAX NO.:<br>(415) 433-4841 | |
| ATTORNEY FOR (Name): Plaintiff Tia Amador | | |

Insert name of court and name of judicial district and branch court, it any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

PLAINTIFF/PETITIONER: Tia Amador

DEFENDANT/RESPONDENT: High Tech High, Inc., et al.

REQUEST FOR DISMISSAL
- [ ] Personal Injury, Property Damage, or Wrongful Death
  - [ ] Motor Vehicle  [ ] Other
- [ ] Family Law
- [ ] Eminent Domain
- [X] Other (specify): Wrongful termination

CASE NUMBER:

C-07-1366 WHA

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) [X] With prejudice  (2) [ ] Without prejudice
   b. (1) [ ] Complaint  (2) [ ] Petition
      (3) [ ] Cross-complaint filed by (name):         on (date):
      (4) [ ] Cross-complaint filed by (name):         on (date):
      (5) [X] Entire action of all parties and all causes of action
      (6) [ ] Other (specify):*

Date: October 18, 2007

Drexel A. Bradshaw                              ▶   /s/
(TYPE OR PRINT NAME OF [X] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)     (SIGNATURE)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
[X] Plaintiff/Petitioner     [ ] Defendant/Respondent
[ ] Cross - complainant

2. **TO THE CLERK:** Consent to the above dismissal is hereby given.**
   Date:

                              ▶
(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)     (SIGNATURE)

** If a cross-complaint-or Response (Family Law) seeking affirmative relief -is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
[ ] Plaintiff/Petitioner     [ ] Defendant/Respondent
[ ] Cross - complainant

(To be completed by clerk)
3. [ ] Dismissal entered as requested on (date):
4. [ ] Dismissal entered on (date):                     as to only (name):
5. [ ] Dismissal **not entered** as requested for the following reasons (specify):

6. [ ] a. Attorney or party without attorney notified on (date):
       b. Attorney or party without attorney not notified. Filing party failed to provide
          [ ] a copy to conformed  [ ] means to return conformed copy

Date:                              Clerk, by _____, Deputy

Page 1 of 1

Form Adopted for Mandatory use
Judicial Council of California
CIV-110 [Rev. January 1, 2007]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.;
Cal. Rules of Court, rule 3.1390
www.courtinfo.ca.gov

LexisNexis® Automated California Judicial Council Forms